# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jennifer Taggle,

Plaintiff

v.

United Services Automobile Association, et al.,

Defendants

Case No. 2:26-cv-01045-CDS-NJK

**Order Granting Defendants'
Unopposed Motions to Dismiss**

[ECF Nos. 8, 9]

This insurance action was removed from the Eighth Judicial District Court in April 2026. Defendants USAA Casualty Insurance Company and United Services Automobile Association move to dismiss the plaintiff Jennifer Taggle's complaint. ECF Nos. 8, 9. Any opposition to those motions were due by April 24, 2026. *Id.*; *see* Local Rule 7-2(b) (requiring a non-moving party to file points and authorities in opposition within fourteen days after service of the motion to dismiss). That deadline passed without any response, leaving the motions unopposed.

Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." Unlike a motion for summary judgment, a district court is not required to examine the merits of an unopposed motion to dismiss before granting it. *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995) (refusing to extend to motions to dismiss the requirement that a district court examine the merits of an unopposed motion for summary judgment before summarily granting it pursuant to a local rule). Thus, a district court may properly grant an unopposed motion to dismiss under a local rule. *Id.* at 53. Here, I apply Local Rule 7-2(d) and deem Taggle's failure to respond as consent to granting the motions.

## Conclusion

IT IS HEREBY ORDERED that the defendants' unopposed motions to dismiss **[ECF No. 8, 9] are GRANTED**, so Taggle's complaint is dismissed. The Clerk of Court is kindly directed to enter judgment accordingly and to close this case.

Dated: April 28, 2026

_____
Cristina D. Silva
United States District Judge